**Electronically Filed
Supreme Court
SCWC-19-0000442
10-NOV-2020
01:40 PM
Dkt. 5 ODAC**

SCWC-19-0000442

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

CHRISTOPHER D. EATON,
Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-19-0000442; CASE NO. 1DTA-18-01074)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson, JJ., and
Circuit Judge Watanabe, assigned by reason of vacancy)

Petitioner/Defendant-Appellant's Application for Writ
of Certiorari, filed on September 29, 2020, is hereby rejected.

DATED: Honolulu, Hawaiʻi, November 10, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Kathleen N.A. Watanabe

